# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SPOONER BAUMANN,<br><br>Plaintiff,<br><br>v.<br><br>ROYAL SEAS CRUISES, INC.,<br><br>Defendant. | Case No. 1:18-cv-00227<br><br>Honorable Judge Ruben Castillo |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, SPOONER BAUMANN and the Defendant, ROYAL SEAS CRUISES, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against ROYAL SEAS CRUISES, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: June 29, 2018                                         Respectfully Submitted,

**SPOONER BAUMANN**                                **ROYAL SEAS CRUISES, INC.**

*/s/ Majdi Y. Hijazin*                                         */s/ Jeffrey A. Backman (with consent)*
Majdi Y. Hijazin, *Of Counsel*                         Jeffrey A. Backman
*Counsel for Plaintiff*                                       *Counsel for Seterus, Inc.*
Sulaiman Law Group, Ltd.                             Greenspoon Marder, LLC
2500 S. Highland Ave., Ste. 200                   200 E. Broward Blvd., Suite 1800
Lombard, Illinois 60148                                 Fort Lauderdale, FL 33301
Phone: (630) 575-8181                                  Phone: (954) 491-1120
mhijazin@hijazinlaw.com                              Jeffrey.backman@gmlaw.com