## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Spooner Baumann

                        Plaintiff,

v.                                           Case No.: 1:18−cv−00227
                                                   Honorable Ruben Castillo

Royal Seas Cruises, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 2, 2018:

      MINUTE entry before the Honorable Ruben Castillo:This case is hereby dismissed with prejudice and each party shall bear its own costs and attorney fees pursuant to the Agreed Stipulation of Dismissal [27] filed by the parties on 6/29/18.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.